IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01050-AP

LORI E. BUTTERFIELD,

   Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

   Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

  <u>**For Plaintiff**</u>:

    Patrick C.H. Spencer, Esq.
    830 Tenderfoot Hill Road
    Colorado Springs, CO 80906
    (719) 632-4808 (telephone)

  <u>**For Defendant:**</u>

    TROY A. EID
    United States Attorney
    KURT BOHN
    Assistant United States Attorney

  By:  Debra J. Meachum
    Special Assistant United States Attorney
    Laura Ridgell-Boltz, Assistant Regional Counsel
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294

(303) 844-1571
(303) 844-0770 (facsimile)

## 2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.      DATES OF FILING OF RELEVANT PLEADINGS

   A.      **Date Complaint Was Filed: June 2, 2006.**
   B.      **Date Complaint  Was Served on U.S. Attorney's Office: June 13, 2006.**
   C.      **Date Answer and Administrative Record Were Filed: August 7, 2006**.

## 4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.**
**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**

## 5.      STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff does not intend to submit additional evidence.**
**Defendant does not intend to submit additional evidence.**

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.**
**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**

## 7.  OTHER MATTERS

**Plaintiff has no other matters to bring to the attention of the court.**
**Defendant has no other matters to bring to the attention of the court.**

## 8.  PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:**    **NOVEMBER 20, 2006.**
    **B.**    **Defendant's  Response Brief Due:**    **DECEMBER 20, 2006.**
    **C.**    **Plaintiff's Reply Brief (If Any) Due:**    **JANUARY 4, 2007.**

**9.**    **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement.**
    **Plaintiff does not request oral argument.**

    **B.  Defendant's Statement:**
    **Defendant does not request oral argument.**

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **OTHER MATTERS**

    **The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    **The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this **24th day of October, 2006.**

        BY THE COURT:


         S/John L. Kane _____
        U.S. DISTRICT COURT JUDGE

**APPROVED:**

      **For Plaintiff:**

      **s/Patrick C.H. Spencer          Date: 10/23/06**
      830 Tenderfoot Hill Road, Suite 320
      Colorado Springs, CO 80906
      (719) 632-4808 (telephone)
      cheryl@2spencers.com

      **For Defendant:**

      TROY A. EID
      United States Attorney
      KURT BOHN
      Assistant United States Attorney

      **s/Debra J. Meachum   Date: 10/23/06**
By:    Debra J. Meachum
      Special Assistant United States Attorney

      Laura Ridgell-Boltz
      Assistant Regional Counsel

      Social Security Administration
      1961 Stout Street, Suite 1001A
      Denver, Colorado  80294
      (303) 844-1571
      (303) 844-0770 (facsimile)
      debra.meachum@ssa.gov
      laura.ridgell-boltz@ssa.gov