UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01050-WYD

LORI E. BUTTERFIELD,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (filed February 15, 2008). The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act is **GRANTED**. The Defendant is ordered to pay the amount of $4,000.00 to Plaintiff's attorney, as assignee for Plaintiff, for attorney fees under the EAJA.

Dated: February 22, 2008.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL
                UNITED STATES DISTRICT JUDGE